UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JACOPS, <br>         Plaintiff, <br>     v. <br> NANCY A. BERRYHILL, <br>         Defendant. | Case No. 16-cv-07172-WHO <br><br> **ORDER TO SHOW CAUSE** |

Summons was issued in this appeal from an adverse determination by the Social Security Administration on December 18, 2016, however, plaintiff has not yet filed a proof of service. Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute under Fed. R. Civ. Proc. 41(b). Plaintiff shall SHOW CAUSE by filing his proof of service on defendant on or before June 1, 2017. If a proof of service is not filed by that date, I will DISMISS this case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 1, 2017

William H. Orrick
United States District Judge